UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DAVID WENDLINGER ) | CASE NO.: 13-21720 |
| MICHELLE WENDLINGER ) | **CHAPTER 7 PROCEEDING** |
| Debtor ) | |

## MOTION TO SELL PERSONAL PROPERTY

Comes now Daniel L. Freeland, Trustee, by counsel, and moves the Court, pursuant to 11 U.S.C. §363, for authority to sell an asset of the estate, and in support thereof, shows the Court as follows:

1. That Daniel L. Freeland is the duly appointed Trustee in Bankruptcy in the above-captioned matter.

2. That there is an asset of this estate, namely Account Receivables from Law Practice (the "Property") the liquidation of which is in the best interest of the Estate.

3. That the total amount of Account Receivable is $7,890.00 and the accounts are uncollectible. This asset was listed for sale and the highest offer was $500.00.

4. That it is in the best interest of the estate that the Property be sold at a private sale in the amount of $500.00, and that the Trustee be authorized to conduct said sale. Attached to this Motion as Exhibit "A", and incorporated herein for reference, is a true and correct copy of the Agreement to Purchase said Property.

5. That it is in the best interests of all creditors and the estate to authorize the sale of said assets as requested above, and to close the transaction.

6. That the Trustee requests authority to sell the Property and apply the proceeds as

follows:

    a.    All expenses and costs related to the sale of said Property

    b.    All remaining proceeds of the sale of the Property to be deposited into the Estate.

WHEREFORE, the Trustee prays for authority to sell the assets listed above, to pay all expenses and costs related to the sale of same, and for all other orders deemed just and proper in the premises.

Respectfully submitted,

**DANIEL L. FREELAND & ASSOCIATES, P.C.**

/s/ Daniel L. Freeland
Daniel L. Freeland
9105 Indianapolis Boulevard
Highland, IN 46322
(219) 922-0800

## CERTIFICATE OF SERVICE

I certify that I served a true and complete copy of the above and foregoing instrument was served on this 23rd day of January, 2015, upon the following:

Electronic Notice upon:
US Trustee
Gordon E. Gouveia

First Class Mail upon:
David Wendlinger - 10123 Margo Lane, Munster, IN 46321
Michelle Wendlinger - 10123 Margo Lane, Munster, IN 46321

/s/ Daniel L. Freeland
Daniel L. Freeland